# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FANTTIK INNOVATION INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Civil Action No. 1:25-cv-11951 <br><br> Hon. Andrea R. Wood <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL TO CERTAIN DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and pursuant to a confidential settlement agreement that has entirely resolved the dispute between parties, Fanttik Innovation Inc. ("Plaintiff") hereby dismisses the following Defendant(s) listed on Schedule A to the Complaint without prejudice:

| Def. No. | Defendant Seller |
|---|---|
| 2 | Caroma US |
| 3 | Caroma Direct #2 |
| 4 | Hoteel |

Date: November 26, 2025

Respectfully submitted,
RIMON, P.C.

*/s/ Eric C. Cohen*
Eric C. Cohen
Telephone: (984) 960-2860
RIMON P.C.
875 N. Michigan Ave., Suite 3100
Chicago, IL 60611
eric.cohen@rimonlaw.com

Jason Xu
1050 Connecticut Ave. NW, Suite 500
Washington, D.C. 20036
(202) 470-2141
jason.xu@rimonlaw.com

*Attorneys for Plaintiff Fanttik Innovation Inc.*

**CERTIFICATE OF SERVICE**

I certify that on November 26, 2025 I caused the foregoing document to be filed using the Court's E-filing system. All counsel of record are E-filers, so no certificate of service is necessary under L.R. 5.5.

*/s/ Eric C. Cohen*
Eric C. Cohen
